**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

COLD STONE CREAMERY, INC.,
and COLD STONE CREAMERY
LEASING COMPANY,

       Plaintiffs,

v.                               CASE NO.  4:07cv303-RH/WCS

LENORA FOODS, I, LLC,
LENORA FOODS II, LLC,
LENORA FOODS, LLC,
CECIL D. ROLLE, individually,
and JACQUATTE ROLLE, individually,

       Defendants.

_____/

## ORDER FOR ENTRY OF JUDGMENT

In accordance with the order entered August 13, 2008, and the jury's verdict returned August 18, 2008,

IT IS ORDERED:

1.  The clerk must enter judgment stating:

       Plaintiff Cold Stone Creamery, Inc. shall recover the sum of Eight Hundred Thousand Dollars ($800,000.00) from

defendants

•      Lenora Foods II, LLC,

•      Lenora Foods III, LLC, and

•      Jacquette Rolle,

jointly and severally.  Except for this recovery, all claims asserted by the plaintiffs in counts six and seven of the first amended complaint are dismissed with prejudice.

All claims asserted by the plaintiffs in counts one through five and eight through 13 of the first amended complaint are dismissed without prejudice.

All claims asserted in the counterclaim are dismissed with prejudice.

No other claims have been asserted in the pleadings properly filed in this action.  A first amended counterclaim was proffered, but leave was not given to file it.

If, however, any other claims have been asserted, they are dismissed.  This final judgment disposes of all claims among all parties.

2.  The clerk must close the file.

SO ORDERED on August 18, 2008.

s/Robert L. Hinkle
Chief United States District Judge