IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COLD STONE CREAMERY, INC., et al.,

    Plaintiffs,

v.                                                                          CASE NO. 4:07cv303-RH/WCS

LENORA FOODS II, LLC, et al.,

    Defendants.

_____/

## VERDICT

WE THE JURY UNANIMOUSLY RETURN THE FOLLOWING VERDICT:

    What is the amount Cold Stone paid to purchase the promissory note at issue increased by the appropriate amount of interest and decreased by the appropriate amount of the credit properly given the defendants based on Cold Stone's repossession of certain equipment?

$ 800,000.00

    SO SAY WE ALL this 18 day of August, 2008.

REDACTED
_____
Foreperson