IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COLD STONE CREAMERY, INC.,
etc., et al.,

      Plaintiffs,

v.                                                CASE NO. 4:07cv303-RH/WCS

LENORA FOODS, LLC, etc.,
et al.,

      Defendants.

_____/

## ORDER ON ENTITLEMENT TO ATTORNEY'S FEES

The plaintiff Cold Stone Creamery, Inc. obtained a judgment in this action against the defendants Lenora Foods II, LLC; Lenora Foods III, LLC; and Jacquatte Rolle. All other claims were dismissed. In accordance with this court's bifurcated attorney's fee procedure, under which a party must obtain an order establishing its entitlement to an award of fees prior to submitting materials establishing the amount of fees, the plaintiffs have moved for an order establishing their entitlement to a fee award. The defendants have failed to respond to the motion, and the deadline for a response has passed.

The relevant contracts provide for an award of fees to the prevailing party. The plaintiff Cold Stone Creamery, Inc., prevailed against the three defendants listed above. This plaintiff thus is entitled to a fee award against these defendants only. The other plaintiff, Cold Stone Creamery Leasing Company, Inc., did not obtain a judgment in its favor. It did not prevail and is not entitled to a fee award. For these reasons,

IT IS ORDERED:

The plaintiffs' motion for an order establishing their entitlement to an award of attorney's fees (document 197) is GRANTED IN PART and DENIED IN PART. It is hereby established that the plaintiff Cold Stone Creamery, Inc., is entitled to a fee award against the defendants Lenora Foods II, LLC; Lenora Foods III, LLC; and Jacquatte Rolle. The motion is denied with respect to the other parties. Further proceedings to determine the amount of fees will go forward in accordance with Local Rule 54.1.

SO ORDERED on October 7, 2008.

s/Robert L. Hinkle<br>Chief United States District Judge