**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

COLD STONE CREAMERY, INC.,
an Arizona corporation; and
COLD STONE CREAMERY LEASING
COMPANY, INC.,
an Arizona corporation,

       Plaintiffs,

v.                                                                                  Case No. 4:07-cv-303-RH/WCS
                                                                                    Florida Bar No. 0393517
LENORA FOODS, I, LLC,
a Florida limited liability company;
LENORA FOODS II, LLC,
a Florida limited liability company;
LENORA FOODS, III, LLC,
a Florida limited liability company;
CECIL D. ROLLE, individually; and
JACQUETTE ROLLE, individually,

       Defendants.

---

**PLAINTIFF'S NOTICE OF FILING AFFIDAVITS OF P. BRUCE CULPEPPER,**
**ESQ., AND JOHN K. LONDOT, ESQ., RE: ATTORNEYS' FEES**

---

Plaintiff Cold Stone Creamery, Inc. files the Affidavit of P. Bruce Culpepper,

Esq. re: Attorneys' Fees, and the Affidavit of John K. Londot, Esq. re: Attorneys' Fees,

each attached hereto.

As the Court ruled on October 7, 2008 (see Doc. 204), Cold Stone Creamery, Inc.

is entitled to an award of attorneys' fees in this case pursuant to the relevant contracts

(namely, the three Franchise Agreements and the Note, Guaranty, Loan and Security

Agreement dated February 28, 2006 (the "Note")). Pursuant to the Court's October 22,

2009 Order Staying Attorney's Fees Proceedings Pending Resolution of Appeal (Doc.

211), the deadline for filing the affidavits required by Northern District of Florida Local

Rule 54.1(E) was extended until 30 days after issuance of the mandate by the United States Court of Appeals for the Eleventh Circuit. That mandate issued on July 2, 2009. *See* Doc. 248. The Affidavits are therefore filed in accordance with the Court's Order Staying Attorney's Fees Proceedings Pending Resolution of Appeal (Doc. 211) and Northern District of Florida Local Rule 54.1(E).

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
101 East College Avenue
Post Office Drawer 1838
Tallahassee, FL 32302
Phone: (850) 222-6891
Fax: (850) 681-0207

_____

**LORENCE JON BIELBY**
**Florida Bar No. 0393517**
**JOHN K. LONDOT**
**Florida Bar No. 0579521**
**KARUSHA Y. SHARPE**
**Florida Bar No. 054161**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished by CM/ECF this 30th  day of July, 2009, to the following:

> Charles P. Young, Esq.
> Emmanuel, Sheppard & Condon
> 30 South Spring Street
> P.O. Drawer 1271
> Pensacola, FL 32596
> Fax: (850) 429-0492
> Phone: (850) 433-6581

JOHN K. LONDOT

*TAL 451,523,885v1 7-30-09*

3