# GT GreenbergTraurig

Invoice No.: 2273963
File No.    :  066168.010500
Bill Date   :  November 6, 2008

Kahala Corp.
9311 East Via de Ventura
Scottsdale, Arizona  85258

Attn: Joel R. Schweidel
      Corporate Counsel

## INVOICE

Re:   Lenora Foods

Legal Services through October 31, 2008:

| | | | |
|---|---|---|---|
| Total Fees: | $ | 7,733.00 | |

Expenses:

| | |
|---|---|
| Federal Express Charges | 32.26 |
| Messenger/Courier Services | 75.00 |
| Other Charges | 39.00 |
| Photocopy Charges | 3.60 |
| Postage | 2.78 |
| Information and Research | 408.90 |

| | | |
|---|---|---|
| Total Expenses: | $ | 561.54 |
| **Current Invoice:** | $ | **8,294.54** |
| Previous Balance (see attached statement): | $ | 25,173.81 |
| **Total Amount Due:** | $ | **33,468.35** |

GSM:
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.:  2273963
File No.   :   066168.010500

FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:

| | |
|---|---|
| TO: | CITIBANK, F.S.B. |
| ABA #: | 266086554 |
| INTERNATIONAL | |
| SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |

| | | |
|---|---|---|
| PLEASE | | |
| REFERENCE: | CLIENT NAME: | **COLD STONE CREAMERY, INC.** |
| | FILE NUMBER: | **066168.010500** |
| | INVOICE NUMBER: | **2273963*** |
| | BILLING | |
| | PROFESSIONAL: | **Gretchen N. Miller** |

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

GSM:
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.:  2273963
File No.   :  066168.010500

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 09/08/08 | 2225794 | 16,754.50 | 1,665.97 | 0.00 | 18,420.47 |
| 10/06/08 | 2248245 | 6,581.00 | 172.34 | 0.00 | 6,753.34 |
| | Totals:  $ | 23,335.50  $ | 1,838.31 | $      0.00 | $    25,173.81 |

GSM:
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.:    2273963                                              Page  1
Re:             Lenora Foods
Matter No.:     066168.010500


### Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 09/30/08 | Heather M. Hatcher | Prepare judgment lien form for filing with Secretary of State; obtain check for payment of fees for certificate; arrange for courier service for filing. | 3.75 | 318.75 |
| 10/01/08 | John K. Londot | Review of appellate pleadings, including transcript request; review of transcripts of MSJ hearing/trial. | 1.80 | 531.00 |
| 10/02/08 | Heather M. Hatcher | Obtain corrected certificate for judgment lien from Division of Corporations.  Draft post-judgment request for production and interrogatories to Jacquite Rolle. | 2.75 | 233.75 |
| 10/02/08 | John K. Londot | Research on appellate bond for costs, bond for stay of execution; conf. H. Keating re: same. | 2.20 | 649.00 |
| 10/02/08 | Karusha Y. Sharpe | Review draft of post-judgment interrogatories and requests to produce. | 0.40 | 118.00 |
| 10/03/08 | Heather M. Hatcher | Draft post-judgment requests for production and interrogatories to Lenora Foods II and III. | 1.50 | 127.50 |
| 10/03/08 | John K. Londot | Research on standards for bond for appellate costs, with contract fee basis. | 2.80 | 826.00 |
| 10/06/08 | John K. Londot | Review of appellate docketing notice esp. re: pending district court motion. | 0.30 | 88.50 |
| 10/07/08 | John K. Londot | P/c J. Becker re: Stone Cold matter; review of documents re: same. | 1.20 | 354.00 |
| 10/08/08 | John K. Londot | Review of orders re: motion for new trial, attorneys' fees; notes re: appellate procedures; email J. Becker. | 1.90 | 560.50 |
| 10/09/08 | Heather M. Hatcher | Search various offices filesite databases for sample motion for appeal bonds. | 1.00 | 85.00 |
| 10/09/08 | John K. Londot | Research on appeal bond, including argument for anticipated fees to be included; emails E. Scherker re: chargeable costs; p/msg J. Becker. | 1.20 | 354.00 |
| 10/10/08 | Heather M. Hatcher | Begin drafting table of contents to the appeal brief. | 2.50 | 212.50 |
| 10/10/08 | John K. Londot | Research re: procedures for attorneys' fees; revision of affidavit; draft motion for continuance; review of rules re: bonds. | 2.60 | 767.00 |
| 10/13/08 | John K. Londot | Research on potential for contractual fee award inclusion in appeal costs bond; draft of motion; revision of affidavit on fees; conference with C. Young re: continuance re: further litigation of same. | 2.80 | 826.00 |
| 10/15/08 | John K. Londot | Revision of affidavit re: fees; draft of motion for continuance re: further litigation of fees; revision of appellee brief. | 1.20 | 354.00 |
| 10/16/08 | John K. Londot | Revision of notes for response to appeal, including documentation of challenged rulings. | 0.70 | 206.50 |
| 10/23/08 | John K. Londot | P/c, confirming email C. Young re: stored equipment. | 0.80 | 236.00 |
| 10/24/08 | John K. Londot | Review of order continuing fee litigation, order re: appeal mediation; email J. Becker re: same. | 0.90 | 265.50 |

Invoice No.:     2273963                                              Page 2
Re:              Lenora Foods
Matter No.:      066168.010500

<u>Description of Professional Services Rendered</u>

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/27/08 | John K. Londot | Review of email from J. Becker/email of C. Rolle; visit to Frost Top store. | 0.80 | 236.00 |
| 10/29/08 | John K. Londot | Review of email by C. Rolle; inspection of premises; p/c J. Becker. | 1.30 | 383.50 |

Total Time:    34.40
Total Fees:              $ 7,733.00

| Invoice No.: | 2273963 | | Page 3 |
| Re: | Lenora Foods | | |
| Matter No.: | 066168.010500 | | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 09/15/08 | Westlaw Research by LONDOT,JOHN. | $ | 239.01 |
| 09/16/08 | September 2008 Pacer Charges | $ | 1.60 |
| 09/16/08 | September 2008 Pacer Charges | $ | 0.32 |
| 09/30/08 | VENDOR: Century 22 Business Inc. INVOICE#: 8001208GB DATE: 10/2/2008 Messenger Service Req.'d on 09/30/08 by Hatcher, Heather M. from , H Hatcher @ Gt-Tallahassee to Division Of Corporations, 2661 Executive Ctr Cir, Tallahassee, Fl - File Ref. 066168.010500, | $ | 25.00 |
| 10/01/08 | VENDOR: Century 22 Business Inc. INVOICE#: 8001208GB DATE: 10/2/2008 Messenger Service Req.'d on 10/01/08 by Hatcher, Heather M. from , H Hatcher @ Gt-Tallahassee to Leon County Clerk Of Court, Tallahassee, Fl - File Ref. 066168.010500, | $ | 25.00 |
| 10/01/08 | VENDOR: Century 22 Business Inc. INVOICE#: 8001208GB DATE: 10/2/2008 Messenger Service Req.'d on 10/01/08 by Hatcher, Heather M. from , Division Of Corporations to H Hatcher @ Gt - Tallahassee, 101 E College Ave, Tallahassee, Fl - File Ref. 066168.010500, | $ | 25.00 |
| 10/06/08 | Postage by 000004 | $ | 2.36 |
| 10/08/08 | VENDOR: FedEx INVOICE#: 295394353 DATE: 10/15/2008 Tracking #792766029664; From: Heather M. Hatcher, Greenberg Traurigp.a., 101 East College Avenue, Tallahassee, FL 32301; To: Official Records, Alachua County Courthouse, 201 E University Ave, Gainesville, FL 32601 | $ | 6.54 |
| 10/08/08 | VENDOR: FedEx INVOICE#: 295394353 DATE: 10/15/2008 Tracking #798033077023; From: Heather M. Hatcher, Greenberg Traurigp.a., 101 East College Avenue, Tallahassee, FL 32301; To: Official Records, Marion County Courthouse, 110 Nw 1st Ave, Ocala, FL 34475 | $ | 6.54 |
| 10/08/08 | VENDOR: Clerk of Circuit Court; INVOICE#: 04100808130; DATE: 10/8/2008 - 066168.010500/Recording Fee | $ | 13.00 |
| 10/08/08 | VENDOR: Clerk of Circuit Court, Marion County; INVOICE#: 04100808130; DATE: 10/8/2008 - 066168.010500/Recording Fee | $ | 13.00 |
| 10/08/08 | VENDOR: Clerk of the Circuit Court; INVOICE#: 04100808130; DATE: 10/8/2008 - 066168.010500/Recording Fee | $ | 13.00 |
| 10/08/08 | Copy; 4 Page(s) by 025023 | $ | 0.60 |
| 10/09/08 | Copy; 2 Page(s) by 007160 | $ | 0.30 |
| 10/09/08 | Westlaw Research by LONDOT,JOHN. | $ | 28.83 |
| 10/13/08 | VENDOR: FedEx INVOICE#: 296249437 DATE: 10/22/2008 Tracking #792766034939; From: Heather M. Hatcher, Greenberg Traurigp.a., 101 East College Avenue, Tallahassee, FL 32301; To: Heather Hatcher, Greenberg Traurig Tallahassee, 101 E College Ave, Tallahassee, FL 32301 | $ | 6.35 |
| 10/13/08 | Copy; 2 Page(s) by 025023 | $ | 0.30 |

| Invoice No.: | 2273963 | | Page 4 |
| Re: | Lenora Foods | | |
| Matter No.: | 066168.010500 | | |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 10/13/08 | Westlaw Research by LONDOT,JOHN. | $ | 103.31 |
| 10/14/08 | VENDOR: FedEx INVOICE#: 296249437 DATE: 10/22/2008 Tracking #791162690352; From: John K. Londot, Greenberg Traurigp.a., 101 East College Avenue, Tallahassee, FL 32301; To: Thomas K. Kahnclerk, Us Court Of Appealseleventh, 56 Forsyth St Nw, Atlanta, GA 30303 | $ | 6.48 |
| 10/14/08 | Copy; 1 Page(s) by 007160 | $ | 0.15 |
| 10/14/08 | Copy; 8 Page(s) by 007160 | $ | 1.20 |
| 10/14/08 | Postage by 000004 | $ | 0.42 |
| 10/14/08 | Westlaw Research by LONDOT,JOHN. | $ | 35.83 |
| 10/15/08 | VENDOR: FedEx INVOICE#: 296249437 DATE: 10/22/2008 Tracking #791158586755; From: Heather M. Hatcher, Greenberg Traurigp.a., 101 East College Avenue, Tallahassee, FL 32301; To: Heather Hatcher, Greenberg Traurig Tallahassee, 101 E College Ave, Tallahassee, FL 32317 | $ | 6.35 |
| 10/15/08 | Copy; 1 Page(s) by 025023 | $ | 0.15 |
| 10/17/08 | Copy; 6 Page(s) by 000004  MOTION | $ | 0.90 |
| | | Total Expenses:  $ | 561.54 |

# GT | GreenbergTraurig

Invoice No.:  2292337
File No.   :  066168.010500
Bill Date  :  December 2, 2008

Kahala Corp.
9311 East Via de Ventura
Scottsdale, Arizona 85258

Attn: Joel R. Schweidel
       Corporate Counsel

## INVOICE

Re:  Lenora Foods

Legal Services through November 30, 2008:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 3,967.00 |

Expenses:

| | | | |
|---|---|---|---|
| Photocopy Charges | 23.10 | | |
| Postage | 0.42 | | |
| Transcript Charges | 192.60 | | |
| Information and Research | 2.08 | | |
| Total Expenses: | | $ | 218.20 |
| **Current Invoice:** | | **$** | **4,185.20** |
| Previous Balance (see attached statement): | | $ | 33,468.35 |
| **Total Amount Due:** | | **$** | **37,653.55** |

GSM:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

# GT | GreenbergTraurig

Invoice No.: 2292337
File No.    :  066168.010500

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                     CITIBANK, F.S.B.
ABA #:                  266086554
INTERNATIONAL
SWIFT:                  CITIUS33
CREDIT TO:              GREENBERG TRAURIG ACCOUNT
ACCOUNT #:              3200175071

PLEASE
REFERENCE:              CLIENT NAME:       **COLD STONE CREAMERY, INC.**
                        FILE NUMBER:       **066168.010500**
                        INVOICE NUMBER:    **2292337***
                        BILLING
                        PROFESSIONAL:      **Gretchen N. Miller**
                        Wire fees may be assessed by your bank.
            * If paying more than one invoice, please reference all invoice numbers in wiring instructions.

GSM:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.: 2292337
File No.  :  066168.010500

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 09/08/08 | 2225794 | 16,754.50 | 1,665.97 | 0.00 | 18,420.47 |
| 10/06/08 | 2248245 | 6,581.00 | 172.34 | 0.00 | 6,753.34 |
| 11/06/08 | 2273963 | 7,733.00 | 561.54 | 0.00 | 8,294.54 |
| | Totals: $ | 31,068.50 $ | 2,399.85 | $ 0.00 | $ 33,468.35 |

GSM:MJ
Tax ID: 13-3613083

Invoice No.:     2292337                                                                              Page 1
Re:              Lenora Foods
Matter No.:      066168.010500

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/15/08 | Heather M. Hatcher | Generate copies of most recent bills; update fees and costs totals for review by J. Londot in preparation of motion for attorneys' fees. | 2.00 | 170.00 |
| 11/13/08 | John K. Londot | Review of transcript notices; emails J. Nolton re: same; conf H. Hatcher re: notice of intent to redact. | 0.80 | 236.00 |
| 11/17/08 | John K. Londot | Review of email from C. Rolle to various re: defamation/interference. | 1.20 | 354.00 |
| 11/18/08 | John K. Londot | Review of post-judgment discovery; p/c, email J. Becker; emails C. Young re: same. | 1.60 | 472.00 |
| 11/18/08 | Karusha Y. Sharpe | Review and analyze multiple communications from C. Rolle to franchise community as received from client in preparation for potential defamation claims; Review internal communications regarding strategy for addressing C. Rolle's UFOC arguments on appeal. | 0.50 | 147.50 |
| 11/20/08 | Lorence J. Bielby | Review Rolle emails and associated documents; conf with JKL; telecon with client | 1.00 | 395.00 |
| 11/20/08 | John K. Londot | Research re: counsel for judgment enforcement; review of C. Rolle emails for potential defamation/interference claims; conf. L. Bielby; p/conf L. Bielby, J. Becker re: same. | 2.40 | 708.00 |
| 11/24/08 | John K. Londot | Emails J. Becker re: judgment collection, mediation; draft/revision/service of appeal mediation statement. | 1.80 | 531.00 |
| 11/25/08 | Heather M. Hatcher | Create appeal working binder for use by J. Londot containing key appeal documents. | 1.50 | 127.50 |
| 11/25/08 | John K. Londot | P/cs, emails J. Becker re: mediation; review of file in support of mediation; telephonic attendance at appeal mediation conference; review of email from C. Rolle. | 2.80 | 826.00 |

Total Time:     15.60
Total Fees:                    $ 3,967.00

| | | |
|---|---|---|
| Invoice No.: | 2292337 | Page 2 |
| Re: | Lenora Foods | |
| Matter No.: | 066168.010500 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/16/08 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS;  Document Type: DOCKET REPORT | $ | 1.68 |
| 10/16/08 | Case Number: 08-15335-E;   Search Criteria: (None);   Document Type: DOCKET SHEET | $ | 0.40 |
| 11/13/08 | VENDOR: Nolton, Judy A.; INVOICE#: 20980083; DATE: 11/13/2008 -  066168.010500/Transcript of Jury Trial held 08/18/08 | $ | 192.60 |
| 11/14/08 | Copy; 2 Page(s) by 025023 | $ | 0.30 |
| 11/14/08 | Postage by 000004 | $ | 0.42 |
| 11/25/08 | Copy; 152 Page(s) by 025023 | $ | 22.80 |
| | Total Expenses: | $ | 218.20 |

DUPLICATE COPY

# GT GreenbergTraurig

Invoice No. :  2314745
File No.   :  066168.010500
Bill Date  :  January 7, 2009

Kahala Corp.
9311 East Via de Ventura
Scottsdale, Arizona 85258

Attn: Joel R. Schweidel
      Corporate Counsel

## INVOICE

Re:  Lenora Foods

Legal Services through December 31, 2008:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 1,829.00 |

Expenses:

| | | |
|---|---|---|
| Photocopy Charges | 56.70 | |
| Information and Research | 1.84 | |
| Total Expenses: | $ | 58.54 |
| **Current Invoice:** | $ | **1,887.54** |
| Previous Balance (see attached statement): | $ | 19,233.08 |
| **Total Amount Due:** | $ | **21,120.62** |

GSM:JD
Tax ID: 13-3613083

GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
77 West Wacker Drive ▪ Suite 2500 ▪ Chicago, Illinois 60601 ▪ Tel 312.456.8400 ▪ Fax 312.456.8435

**GT** GreenbergTraurig

Invoice No.:   2314745
File No.    :   066168.010500

FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:

TO:                        CITIBANK, F.S.B.
ABA #:                     266086554
INTERNATIONAL
SWIFT:                     CITIUS33
CREDIT TO:                 GREENBERG TRAURIG ACCOUNT
ACCOUNT #:                 3200175071

PLEASE
REFERENCE:                 CLIENT NAME:          COLD STONE CREAMERY, INC.
                           FILE NUMBER:          066168.010500
                           INVOICE NUMBER:       2314745*
                           BILLING
                           PROFESSIONAL:         Gretchen N. Miller
                           Wire fees may be assessed by your bank.
           * If paying more than one invoice, please reference all invoice numbers in wiring instructions.

GSM:JD
Tax ID: 13-3613083

GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
77 West Wacker Drive ▪ Suite 2500 ▪ Chicago, Illinois 60601 ▪ Tel 312.456.8400 ▪ Fax 312.456.8435

**GT** GreenbergTraurig

Invoice No.: 2314745
File No.   :  066168.010500

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 10/06/08 | 2248245 | 6,581.00 | 172.34 | 0.00 | 6,753.34 |
| 11/06/08 | 2273963 | 7,733.00 | 561.54 | 0.00 | 8,294.54 |
| 12/02/08 | 2292337 | 3,967.00 | 218.20 | 0.00 | 4,185.20 |
| Totals: | | $ 18,281.00 | $ 952.08 | $ 0.00 | $ 19,233.08 |

GSM:JD
Tax ID: 13-3613083

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
77 West Wacker Drive ■ Suite 2500 ■ Chicago, Illinois 60601 ■ Tel 312.456.8400 ■ Fax 312.456.8435

| Invoice No.: | 2314745 | Page 1 |
|---|---|---|
| Re: | Lenora Foods | |
| Matter No.: | 066168.010500 | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/09/08 | Lorence J. Bielby | Attorney fee monthly filing | 0.20 | 79.00 |
| 12/29/08 | John K. Londot | Review of appellant's brief; email J. Becker re: same. | 1.60 | 472.00 |
| 12/30/08 | Heather M. Hatcher | Create binder for use by J. Londot containing Appellant's Initial Brief and appendices. | 1.50 | 127.50 |
| 12/30/08 | John K. Londot | Notes for response to appellant's brief. | 2.20 | 649.00 |
| 12/31/08 | John K. Londot | Review of appellant's brief; notes for response. | 1.70 | 501.50 |

|  |  | Total Time: | 7.20 | |
|  |  | Total Fees: | | $ 1,829.00 |

DUPLICATE COPY

Invoice No.:      2314745                                                    Page 2
Re:               Lenora Foods
Matter No.:       066168.010500

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/13/08 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS; Document Type: DOCKET REPORT | $ | 1.84 |
| 12/31/08 | Copy; 378 Page(s) by 025023 | $ | 56.70 |
| | | Total Expenses:      $ | 58.54 |

**GT** GreenbergTraurig

Invoice No.:   2334727
File No.    :   066168.010500
Bill Date   :   February 4, 2009

Kahala Corp.
9311 East Via de Ventura
Scottsdale, Arizona 85258

Attn: Joel R. Schweidel
       Corporate Counsel

## INVOICE

Re:  Lenora Foods

Legal Services through January 31, 2009:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 18,775.50 |

Expenses:

| | | |
|---|---|---|
| Photocopy Charges | 13.05 | |
| Postage | 0.84 | |
| Information and Research | 1,326.16 | |
| Total Expenses: | $ | 1,340.05 |
| **Current Invoice:** | $ | **20,115.55** |
| Previous Balance (see attached statement): | $ | 14,367.28 |
| **Total Amount Due:** | $ | **34,482.83** |

GSM:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.:    2334727
File No.    :    066168.010500

FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:

| | |
|---|---|
| TO: | CITIBANK, F.S.B. |
| ABA #: | 266086554 |
| INTERNATIONAL | |
| SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |

| | | |
|---|---|---|
| PLEASE | | |
| REFERENCE: | CLIENT NAME: | **COLD STONE CREAMERY, INC.** |
| | FILE NUMBER: | **066168.010500** |
| | INVOICE NUMBER: | **2334727\*** |
| | BILLING | |
| | PROFESSIONAL: | **Gretchen N. Miller** |

Wire fees may be assessed by your bank.
\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

GSM:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.:  2334727
File No.  :  066168.010500

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 11/06/08 | 2273963 | 7,733.00 | 561.54 | 0.00 | 8,294.54 |
| 12/02/08 | 2292337 | 3,967.00 | 218.20 | 0.00 | 4,185.20 |
| 01/07/09 | 2314745 | 1,829.00 | 58.54 | 0.00 | 1,887.54 |
| Totals: | | $ 13,529.00 | $ 838.28 | $ 0.00 | $ 14,367.28 |

GSM:MJ
Tax ID: 13-3613083

Invoice No.:     2334727                                                          Page 1
Re:              Lenora Foods
Matter No.:      066168.010500

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/05/09 | John K. Londot | Revision of notes for appellee brief; review of email from C. Rolfe. | 2.20 | 649.00 |
| 01/06/09 | John K. Londot | Revision of notes for appellee brief. | 1.50 | 442.50 |
| 01/07/09 | John K. Londot | Revision of notes for appeal brief; review of letter from Court to C. Young. | 1.40 | 413.00 |
| 01/08/09 | John K. Londot | Review of additional filing by C. Young; revision of notes re: appeal brief. | 2.30 | 678.50 |
| 01/09/09 | John K. Londot | P/cs/emails 11th Circuit Clerk, C. Young re: 7-day brief filing extension. | 0.50 | 147.50 |
| 01/09/09 | Karusha Y. Sharpe | Review and analzye brief filed by Lenora Foods in the Eleventh Circuit Court of Appeals in preparation for drafting response to merits of tying allegations in amended complaint; Review research regarding merits of tying claim and futility for purposes of denying leave to amend. | 1.80 | 531.00 |
| 01/12/09 | John K. Londot | Review of appellate briefing rule/table of contents; review of appellate court record documents. | 1.30 | 383.50 |
| 01/13/09 | Heather M. Hatcher | Pull caselaw cited in Appellant's Brief for review by J. Londot. | 1.50 | 165.00 |
| 01/14/09 | Heather M. Hatcher | Prepare binder containing caselaw cited in Appellant's Brief for use by J. Londot. | 0.50 | 55.00 |
| 01/14/09 | John K. Londot | Analysis of reliance/materiality argument in appellants' brief; review of cases re: same. | 2.20 | 649.00 |
| 01/15/09 | John K. Londot | Notes re: materiality/reliance issue, and research re: UCC issue for appellee response. | 3.20 | 944.00 |
| 01/20/09 | John K. Londot | Revision of brief; review of transcripts; revision of UCC notes. | 3.50 | 1032.50 |
| 01/20/09 | Karusha Y. Sharpe | Strategize with J. Londot regarding arguments for answer brief. | 0.40 | 118.00 |
| 01/21/09 | John K. Londot | Notes for response brief; research re: FDUTPA/FFA reliance/materiality; review of transcripts. | 3.20 | 944.00 |
| 01/22/09 | Heather M. Hatcher | Research case law upholding Federal Rule of Civil Procedure regarding court scheduling orders. | 6.50 | 715.00 |
| 01/22/09 | M. Hope Keating | Issues pertaining to appeal and appendix to brief. | 0.30 | 132.00 |
| 01/22/09 | John K. Londot | Notes re: UCC appeal; review of cases and district court pleadings/trial notes re: same. | 2.30 | 678.50 |
| 01/23/09 | M. Hope Keating | Issues pertaining to citations to record. | 0.20 | 88.00 |
| 01/23/09 | John K. Londot | Revision of appellate brief, esp. re: review of denial of motion to amend. | 1.50 | 442.50 |
| 01/23/09 | Karusha Y. Sharpe | Review transcript of oral order granting motion for summary judgment and denying leave to amend tying allegations; Review subsequent transcripts where Judge Hinkle discussed late discovery and merits, or lack thereof, of tying allegations; Review research regarding requirement to amend complaints in compliance with pretrial orders; Draft outline for answer brief on issue of tying allegations. | 2.30 | 678.50 |

Invoice No.:   2334727                                                                            Page 2
Re:            Lenora Foods
Matter No.:    066168.010500

Description of Professional Services Rendered

| 01/26/09 | John K. Londot | Review of trial transcript, notes re: UCC issue, including re: instructions; research re: UCC arguments. | 4.50 | 1327.50 |
|---|---|---|---|---|
| 01/27/09 | John K. Londot | Revision of appellate brief, research re: UCC arguments, esp. presumptions. | 6.30 | 1858.50 |
| 01/28/09 | John K. Londot | Revision of appellate brief. | 3.50 | 1032.50 |
| 01/29/09 | John K. Londot | Revision of appellate brief/conf. K. Sharpe re: same; research re: presumptions under UCC. | 6.00 | 1770.00 |
| 01/30/09 | Heather M. Hatcher | Research case law regarding issues to be addressed in brief and discuss with J. Londot. | 6.25 | 687.50 |
| 01/30/09 | John K. Londot | Revision of appellate brief, esp. re: jury instructions, UCC, and presumptions. | 7.50 | 2212.50 |

Total Time:   72.65
Total Fees:   $ 18,775.50

Invoice No.:      2334727                                                          Page 3
Re:               Lenora Foods
Matter No.:       066168.010500

<u>Description of Expenses Billed:</u>

| <u>DATE</u> | <u>DESCRIPTION</u> | | <u>AMOUNT</u> |
|------|-------------|---|--------|
| 11/20/08 | Westlaw Research by LONDOT,JOHN. | $ | 138.26 |
| 01/06/09 | Copy; 33 Page(s) by 007160 | $ | 4.95 |
| 01/12/09 | Copy; 2 Page(s) by 007160 | $ | 0.30 |
| 01/14/09 | Copy; 21 Page(s) by 025023 | $ | 3.15 |
| 01/14/09 | Copy; 3 Page(s) by 007160 | $ | 0.45 |
| 01/15/09 | Copy; 1 Page(s) by 007160 | $ | 0.15 |
| 01/15/09 | Postage by 000004 | $ | 0.84 |
| 01/21/09 | Copy; 27 Page(s) by 025346 | $ | 4.05 |
| 01/21/09 | Westlaw Research by HATCHER,HEATHER. | $ | 26.50 |
| 01/22/09 | Westlaw Research by HATCHER,HEATHER. | $ | 221.85 |
| 01/28/09 | Westlaw Research by HATCHER,HEATHER. | $ | 241.55 |
| 01/30/09 | Westlaw Research by HATCHER,HEATHER. | $ | 106.50 |
| 01/30/09 | Westlaw Research by LONDOT,JOHN. | $ | 591.50 |
| | | Total Expenses: $ | 1,340.05 |

DUPLICATE COPY

**GT** GreenbergTraurig

Invoice No.: 2355971
File No.   :  066168.010500
Bill Date  :  March 4, 2009

Kahala Corp.
9311 East Via de Ventura
Scottsdale, Arizona 85258

Attn: Joel R. Schweidel
        Corporate Counsel

## INVOICE

Re:   Lenora Foods

<u>Legal Services through February 28, 2009</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 12,662.00 |

Expenses:

| | | | |
|---|---|---|---|
| Federal Express Charges | 19.83 | | |
| Photocopy Charges | 265.50 | | |
| Postage | 4.60 | | |
| Information and Research | 679.19 | | |
| Total Expenses: | | $ | 969.12 |
| **Current Invoice:** | | **$** | **13,631.12** |
| Previous Balance (see attached statement): | | $ | 34,482.83 |
| **Total Amount Due:** | | **$** | **48,113.95** |

GSM:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

# GT GreenbergTraurig

Invoice No.:  2355971
File No.    :  066168.010500

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | CITIBANK, F.S.B. |
| ABA #: | 266086554 |
| INTERNATIONAL SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |

| | | |
|---|---|---|
| PLEASE REFERENCE: | CLIENT NAME: | COLD STONE CREAMERY, INC. |
| | FILE NUMBER: | 066168.010500 |
| | INVOICE NUMBER: | 2355971* |
| | BILLING PROFESSIONAL: | Gretchen N. Miller |

Wire fees may be assessed by your bank.

\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

GSM:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.: 2355971
File No.  :  066168.010500

### Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 11/06/08 | 2273963 | 7,733.00 | 561.54 | 0.00 | 8,294.54 |
| 12/02/08 | 2292337 | 3,967.00 | 218.20 | 0.00 | 4,185.20 |
| 01/07/09 | 2314745 | 1,829.00 | 58.54 | 0.00 | 1,887.54 |
| 02/04/09 | 2334727 | 18,775.50 | 1,340.05 | 0.00 | 20,115.55 |
| | Totals: | $ 32,304.50 | $ 2,178.33 | $ 0.00 | $ 34,482.83 |

GSM:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.:    2355971                                                    Page 1
Re:            Lenora Foods
Matter No.:    066168.010500

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/02/09 | John K. Londot | | 4.20 | 1239.00 |
| 02/02/09 | Karusha Y. Sharpe | Shephardize cases used last year in motion opposing leave to amend; Research recent decisions regarding tying allegations in franchise context; Draft argument regarding tying claims and denial of leave to amend for answer brief. | 3.50 | 1032.50 |
| 02/03/09 | Heather M. Hatcher | Pull caselaw for review by J. Londot. | 0.50 | 55.00 |
| 02/03/09 | John K. Londot | Revision of appellee brief; email J. Becker. | 5.00 | 1475.00 |
| 02/03/09 | Karusha Y. Sharpe | Review and revise answer brief arguments regarding tying and exclusive dealing; Draft arguments responsive to allegations of discovery abuses and plaintiffs' untimely filed request to amend the complaint under Rule 15 and 16. | 2.40 | 708.00 |
| 02/05/09 | Heather M. Hatcher | Draft list for certificate of interested persons. | 0.50 | 55.00 |
| 02/05/09 | Heather M. Hatcher | Begin finalizations to brief for filing including table of contents and table of citations. | 1.25 | 137.50 |
| 02/05/09 | M. Hope Keating | Issues pertaining to citations to record. | 0.20 | 88.00 |
| 02/05/09 | John K. Londot | Revision of appellee brief; review of rules/electronic filing requirements; emails J. Becker. | 6.00 | 1770.00 |
| 02/05/09 | Karusha Y. Sharpe | Review and revise brief answer regarding tying claims; Insert record cites; Proofread draft answer brief in its entirety; Strategize with J. Londot regarding absence of presumption instruction from court's jury instruction. | 2.80 | 826.00 |
| 02/06/09 | Heather M. Hatcher | Assist J. Londot with preparation of brief for filing. | 4.00 | 440.00 |
| 02/06/09 | John K. Londot | Revision of appellees brief, especially re: formatting; p/c Eleventh Circuit Court clerk re: filing date/electronic filing. | 2.70 | 796.50 |
| 02/06/09 | Karusha Y. Sharpe | Review current version of draft answer brief; Draft suggestion regarding content of appendix. | 0.50 | 147.50 |
| 02/07/09 | Heather M. Hatcher | Continued revisions to brief in preparation for filing. | 2.00 | 220.00 |
| 02/07/09 | John K. Londot | Revision of appellees brief/review for citations. | 1.60 | 472.00 |
| 02/08/09 | John K. Londot | Revision of appellees brief, esp. re: format. | 1.30 | 383.50 |
| 02/09/09 | Lorence J. Bielby | Review appellee brief / revisions | 0.50 | 197.50 |
| 02/09/09 | Heather M. Hatcher | Assist J. Londot with finalization of brief for filing; draft addendum to brief and compile documents to be included; assist with filing. | 7.00 | 770.00 |
| 02/09/09 | John K. Londot | Revision of appellees' brief; filing of same; multi p/c Eleventh Cicuit clerk; p/c J. Becker. | 6.00 | 1770.00 |
| 02/11/09 | Lorence J. Bielby | Attorney fee filing | 0.20 | 79.00 |

Total Time:    52.15

Total Fees:    $ 12,662.00

Invoice No.:    2355971                                                    Page 2
Re:             Lenora Foods
Matter No.:     066168.010500

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/22/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS;  Document Type: DOCKET REPORT | $ | 1.92 |
| 01/22/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 24-0;   Document Type: IMAGE 24-0 | $ | 0.16 |
| 01/22/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 12-0;   Document Type: IMAGE 12-0 | $ | 0.24 |
| 01/22/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 16-0;   Document Type: IMAGE 16-0 | $ | 0.08 |
| 01/22/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 32-0;   Document Type: IMAGE 32-0 | $ | 1.04 |
| 01/22/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 70-0;   Document Type: IMAGE 70-0 | $ | 0.40 |
| 01/22/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 76-0;   Document Type: IMAGE 76-0 | $ | 0.56 |
| 01/22/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 111-0;   Document Type: IMAGE 111-0 | $ | 0.16 |
| 01/30/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS;  Document Type: DOCKET REPORT | $ | 1.92 |
| 01/30/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 184-0;   Document Type: IMAGE 184-0 | $ | 0.72 |
| 01/30/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 165-0;   Document Type: IMAGE 165-0 | $ | 0.40 |
| 01/30/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 166-0;   Document Type: IMAGE 166-0 | $ | 0.88 |
| 01/30/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 160-0;   Document Type: IMAGE 160-0 | $ | 0.32 |
| 01/30/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 161-0;   Document Type: IMAGE 161-0 | $ | 0.48 |
| 01/30/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS  DOCUMENT 205-0;   Document Type: IMAGE 205-0 | $ | 0.08 |
| 02/01/09 | Westlaw Research by LONDOT,JOHN. | $ | 362.13 |
| 02/02/09 | Copy; 30 Page(s) by 025023 | $ | 4.50 |
| 02/02/09 | Westlaw Research by SHARPE,KARUSHA. | $ | 9.33 |
| 02/03/09 | Westlaw Research by HATCHER,HEATHER. | $ | 15.25 |
| 02/05/09 | Copy; 42 Page(s) by 025346 | $ | 6.30 |
| 02/05/09 | Westlaw Research by SHARPE,KARUSHA. | $ | 26.77 |
| 02/07/09 | Westlaw Research by HATCHER,HEATHER. | $ | 113.40 |
| 02/09/09 | VENDOR: FedEx INVOICE#: 909321068 DATE: 2/18/2009  Tracking #797321308085; From: John K. Londot, Greenberg Traurigp.a.,  101 East College Avenue, Tallahassee, FL 32301;  To: Thomas K.  Kahnclerk, Us Court Of Appeals - Eleventh, 56 Forsyth St Nw, Atlanta,  GA 30303 | $ | 13.93 |
| 02/09/09 | Copy; 28 Page(s) by 025023 | $ | 4.20 |

Invoice No.:      2355971                                                       Page  3
Re:               Lenora Foods
Matter No.:       066168.010500

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 02/09/09 | Copy; 1670 Page(s) by 025023 | $ | 250.50 |
| 02/09/09 | Westlaw Research by HATCHER,HEATHER. | $ | 12.00 |
| 02/09/09 | Westlaw Research by LONDOT,JOHN. | $ | 118.30 |
| 02/10/09 | Westlaw Research by LONDOT,JOHN. | $ | 12.65 |
| 02/11/09 | VENDOR: FedEx INVOICE#: 909321068 DATE: 2/18/2009 Tracking #796324948504; From: Thomas K. Kahnclerk, Us Court Of Appeals - Eleventh, 56 Forsyth St Nw, Atlanta, GA 30303;   To: John K. Londot, Greenberg Traurigp.a., 101 East College Avenue, Tallahassee, FL 32301 | $ | 5.90 |
| 02/11/09 | Postage by 000004 | $ | 4.60 |

Total Expenses:    $      969.12

**GT** GreenbergTraurig

Invoice No.:  2379974
File No.    :  066168.010500
Bill Date   :  April 6, 2009

Kahala Corp.
9311 East Via de Ventura
Scottsdale, Arizona  85258

Attn: Joel R. Schweidel
      Corporate Counsel

## INVOICE

Re:  Lenora Foods

Expenses:

| | |
|---|---:|
| Certified Copies | 38.00 |
| Messenger/Courier Services | 50.00 |
| Photocopy Charges | 0.45 |
| Postage | 0.42 |
| Information and Research | 650.22 |

| | | |
|---|---|---:|
| Total Expenses: | $ | 739.09 |
| **Current Invoice:** | $ | **739.09** |
| Previous Balance (see attached statement): | $ | 39,819.41 |
| **Total Amount Due:** | $ | **40,558.50** |

GSM:
Tax ID: 13-3613083



Invoice No.: 2379974
File No.   : 066168.010500

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | CITIBANK, F.S.B. |
| ABA #: | 266086554 |
| INTERNATIONAL | |
| SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |

| PLEASE | | |
|---|---|---|
| REFERENCE: | CLIENT NAME: | COLD STONE CREAMERY, INC. |
| | FILE NUMBER: | 066168.010500 |
| | INVOICE NUMBER: | 2379974* |
| | BILLING | |
| | PROFESSIONAL: | Gretchen N. Miller |

Wire fees may be assessed by your bank.

\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

GSM:
Tax ID: 13-3613083

**GT** GreenbergTraurig

Invoice No.: 2379974
File No.    : 066168.010500

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 12/02/08 | 2292337 | 3,967.00 | 218.20 | 0.00 | 4,185.20 |
| 01/07/09 | 2314745 | 1,829.00 | 58.54 | 0.00 | 1,887.54 |
| 02/04/09 | 2334727 | 18,775.50 | 1,340.05 | 0.00 | 20,115.55 |
| 03/04/09 | 2355971 | 12,662.00 | 969.12 | 0.00 | 13,631.12 |
| | Totals: | $    37,233.50 | $    2,585.91 | $    0.00 | $    39,819.41 |

GSM:
Tax ID: 13-3613083

Invoice No.:     2379974                                           Page  1
Re:              Lenora Foods
Matter No.:      066168.010500


<u>Description of Professional Services Rendered:</u>

<u>DATE</u>        <u>TIMEKEEPER</u>        <u>DESCRIPTION</u>                              <u>HOURS</u>     <u>AMOUNT</u>

**<u>No time charged to this file</u>**

| | | | |
|---|---|---|---|
| Invoice No.: | 2379974 | | Page 2 |
| Re: | Lenora Foods | | |
| Matter No.: | 066168.010500 | | |

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/22/08 | Westlaw Research by LONDOT,JOHN. | $ | 35.51 |
| 01/02/09 | Westlaw Research by LONDOT,JOHN. | $ | 85.76 |
| 01/07/09 | Westlaw Research by LONDOT,JOHN. | $ | 15.71 |
| 01/20/09 | Westlaw Research by LONDOT,JOHN. | $ | 82.56 |
| 01/21/09 | Westlaw Research by LONDOT,JOHN. | $ | 17.67 |
| 01/26/09 | Westlaw Research by LONDOT,JOHN. | $ | 176.17 |
| 01/27/09 | Westlaw Research by LONDOT,JOHN. | $ | 62.49 |
| 01/29/09 | Westlaw Research by LONDOT,JOHN. | $ | 61.58 |
| 02/01/09 | Case Number: (None);   Search Criteria: LAST NAME: COLD STONE CREAMERY;   Document Type: SEARCH | $ | 0.08 |
| 02/01/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS; Document Type: DOCKET REPORT | $ | 1.92 |
| 02/01/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 187-0;   Document Type: IMAGE 187-0 | $ | 2.40 |
| 02/01/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 188-0;   Document Type: IMAGE 188-0 | $ | 0.56 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS; Document Type: DOCKET REPORT | $ | 1.92 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 158-0;   Document Type: IMAGE 158-0 | $ | 0.16 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 158-1;   Document Type: IMAGE 158-1 | $ | 1.44 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 158-2;   Document Type: IMAGE 158-2 | $ | 0.88 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 158-11;   Document Type: IMAGE 158-11 | $ | 0.48 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 147-0;   Document Type: IMAGE 147-0 | $ | 1.52 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 139-0;   Document Type: IMAGE 139-0 | $ | 2.40 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 137-0;   Document Type: IMAGE 137-0 | $ | 1.36 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 135-0;   Document Type: IMAGE 135-0 | $ | 1.44 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 141-0;   Document Type: IMAGE 141-0 | $ | 0.32 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 142-0;   Document Type: IMAGE 142-0 | $ | 0.40 |
| 02/02/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 159-0;   Document Type: IMAGE 159-0 | $ | 2.40 |
| 02/03/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS; Document Type: DOCKET REPORT | $ | 1.92 |

| Invoice No.: | 2379974 | | Page 3 |
| Re: | Lenora Foods | | |
| Matter No.: | 066168.010500 | | |

Description of Expenses Billed

| 02/03/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 156-0;   Document Type: IMAGE 156-0 | $ | 1.52 |
| 02/03/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 157-0;   Document Type: IMAGE 157-0 | $ | 0.40 |
| 02/03/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 141-0;   Document Type: IMAGE 141-0 | $ | 0.32 |
| 02/03/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 159-0;   Document Type: IMAGE 159-0 | $ | 2.40 |
| 02/03/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 135-3;   Document Type: IMAGE 135-3 | $ | 1.12 |
| 02/05/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS; Document Type: DOCKET REPORT | $ | 1.92 |
| 02/05/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 28-0;   Document Type: IMAGE 28-0 | $ | 2.16 |
| 02/05/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 183-0;   Document Type: IMAGE 183-0 | $ | 0.08 |
| 02/05/09 | Westlaw Research by LONDOT,JOHN. | $ | 56.05 |
| 02/07/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS; Document Type: DOCKET REPORT | $ | 1.92 |
| 02/07/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 1-0;   Document Type: IMAGE 1-0 | $ | 2.24 |
| 02/07/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 113-1;   Document Type: IMAGE 113-1 | $ | 1.20 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS; Document Type: DOCKET REPORT | $ | 1.92 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 156-0;   Document Type: IMAGE 156-0 | $ | 1.52 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 76-0;   Document Type: IMAGE 76-0 | $ | 0.56 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 139-1;   Document Type: IMAGE 139-1 | $ | 2.40 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 139-8;   Document Type: IMAGE 139-8 | $ | 0.40 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 139-2;   Document Type: IMAGE 139-2 | $ | 2.40 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 139-5;   Document Type: IMAGE 139-5 | $ | 2.40 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 139-6;   Document Type: IMAGE 139-6 | $ | 2.40 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 139-7;   Document Type: IMAGE 139-7 | $ | 0.40 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 139-9;   Document Type: IMAGE 139-9 | $ | 2.32 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 139-4;   Document Type: IMAGE 139-4 | $ | 2.40 |
| 02/09/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS DOCUMENT 184-0;   Document Type: IMAGE 184-0 | $ | 0.72 |

Invoice No.:    2379974                                                    Page 4
Re:             Lenora Foods
Matter No.:     066168.010500

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 03/09/09 | Copy; 2 Page(s) by 007160 | $ | 0.30 |
| 03/09/09 | Copy; 1 Page(s) by 007160 | $ | 0.15 |
| 03/11/09 | Postage by 000004 | $ | 0.42 |
| 03/13/09 | VENDOR: United States District Court; INVOICE#: 04031309380; DATE: 3/13/2009 - 066168.010500/Court Fee: certified copy (4) of Clerk's Judgment (doc # 178) | $ | 38.00 |
| 03/13/09 | VENDOR: Century 22 Business Inc. INVOICE#: 03139GB DATE: 3/6/2009 Messenger Service Req'd on 03/13/09 by Londot, John K. from , Clerk, Us District Court to M Hoffman @ Gt - Tallahassee, 101 E College Ave, Tallahassee, Fl - File Ref. 066168.010500, | $ | 25.00 |
| 03/16/09 | VENDOR: Century 22 Business Inc. INVOICE#: 03209GB DATE: 3/20/2009 Messenger Service Req'd on 03/16/09 by Londot, John K. from , M Hoffman @ Gt-Tallahassee to E Thrasher @ Trasher Law Firm, 908 N Gadsden St, Tallahassee, Fl - File Ref. 066168.010500, | $ | 25.00 |

|  | | | |
|---|---|---|---|
| | Total Expenses: | $ | 739.09 |

# GT GreenbergTraurig

Invoice No.: 2404281
File No. : 066168.010500
Bill Date : May 6, 2009

Kahala Corp.
9311 East Via de Ventura
Scottsdale, Arizona 85258

Attn: Joel R. Schweidel
Corporate Counsel

## INVOICE

Re: Lenora Foods

Legal Services through April 30, 2009:

| | | |
|---|---|---|
| Total Fees: | $ | 472.00 |
| **Current Invoice:** | $ | 472.00 |
| Previous Balance (see attached statement): | $ | 34,485.76 |
| **Total Amount Due:** | $ | 34,957.76 |

GSM:MJ
Tax ID: 13-3613083

# GT | GreenbergTraurig

Invoice No.:   2404281
File No.    :   066168.010500

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                     CITIBANK, F.S.B.
ABA #:                  266086554
INTERNATIONAL
SWIFT:                  CITIUS33
CREDIT TO:              GREENBERG TRAURIG ACCOUNT
ACCOUNT #:              3200175071

PLEASE
REFERENCE:              CLIENT NAME:         **COLD STONE CREAMERY, INC.**
                        FILE NUMBER:         **066168.010500**
                        INVOICE NUMBER:      **2404281***
                        BILLING
                        PROFESSIONAL:        **Gretchen N. Miller**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

GSM:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.:   2404281
File No.    :   066168.010500

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 02/04/09 | 2334727 | 18,775.50 | 1,340.05 | 0.00 | 20,115.55 |
| 03/04/09 | 2355971 | 12,662.00 | 969.12 | 0.00 | 13,631.12 |
| 04/06/09 | 2379974 | 0.00 | 739.09 | 0.00 | 739.09 |
| | Totals: | $ 31,437.50 | $ 3,048.26 | $ 0.00 | $ 34,485.76 |

GSM:MJ
Tax ID: 13-3613083

Invoice No.:     2404281                                              Page  1
Re:              Lenora Foods
Matter No.:      066168.010500

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 03/05/09 | John K. Londot | Review of Lenora reply brief in appeal; email J. Becker, J. Schweidel re; same. | 1.20 | 354.00 |
| 03/11/09 | John K. Londot | Emails J. Becker re; C. Rolle correspondence. | 0.40 | 118.00 |
| | | Total Time: | 1.60 | |
| | | Total Fees: | | $ 472.00 |

Invoice No.:     2404281                                                          Page  2
Re:              Lenora Foods
Matter No.:      066168.010500

Description of Expenses Billed:

DATE          DESCRIPTION                                                    AMOUNT

**No expenses charged to this file**

DUPLICATE COPY

# GT GreenbergTraurig

Invoice No.:  2425025
File No.    :   066168.010500
Bill Date   :   June 3, 2009

Kahala Corp.
9311 East Via de Ventura
Scottsdale, Arizona  85258

Attn: Joel R. Schweidel
      Corporate Counsel

## INVOICE

Re:  Lenora Foods

Legal Services through May 31, 2009:

|                          |     |          |
|--------------------------|-----|----------|
| Total Fees:              | $   | 403.50   |

Expenses:

| Information and Research | 2.08 |     |          |
|--------------------------|------|-----|----------|
| Total Expenses:          |      | $   | 2.08     |
| **Current Invoice:**     |      | $   | **405.58** |
| Previous Balance (see attached statement): | | $ | 34,957.76 |
| **Total Amount Due:**    |      | $   | **35,363.34** |

GSM:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com



Invoice No.:   2425025
File No.    :   066168.010500

**FOR YOUR CONVENIENCE,**
**WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT**
**FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | CITIBANK, F.S.B. |
| ABA #: | 266086554 |
| INTERNATIONAL SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |

PLEASE
REFERENCE:

| | | |
|---|---|---|
| | CLIENT NAME: | **COLD STONE CREAMERY, INC.** |
| | FILE NUMBER: | **066168.010500** |
| | INVOICE NUMBER: | **2425025*** |
| | BILLING PROFESSIONAL: | **Gretchen N. Miller** |

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

GSM:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

# GT GreenbergTraurig

Invoice No.:  2425025
File No.    :  066168.010500

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 02/04/09 | 2334727 | 18,775.50 | 1,340.05 | 0.00 | 20,115.55 |
| 03/04/09 | 2355971 | 12,662.00 | 969.12 | 0.00 | 13,631.12 |
| 04/06/09 | 2379974 | 0.00 | 739.09 | 0.00 | 739.09 |
| 05/06/09 | 2404281 | 472.00 | 0.00 | 0.00 | 472.00 |
| | Totals: | $ 31,909.50 | $ 3,048.26 | $ 0.00 | $ 34,957.76 |

GSM:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.:    2425025                                                          Page 1
Re:            Lenora Foods
Matter No.:    066168.010500

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/11/09 | Lorence J. Bielby | Monthly attorney fee filing | 0.20 | 79.00 |
| 05/20/09 | John K. Londot | Review of order from Marion County circuit court to update case status. | 0.30 | 88.50 |
| 05/21/09 | John K. Londot | Draft/email of proposed response to order to show case status from Marion County circuit court. | 0.30 | 88.50 |
| 05/22/09 | John K. Londot | Review of show cause order from Leon County; emails J. Becker, J. Schweidel re: same; p/c J. Becker. | 0.50 | 147.50 |

|  |  | Total Time: | 1.30 |  |
|  |  | Total Fees: |  | $ 403.50 |

| Invoice No.: | 2425025 | | | Page 2 |
| Re: | Lenora Foods | | | |
| Matter No.: | 066168.010500 | | | |

Description of Expenses Billed:

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|--|--|--------|
| 04/03/09 | Case Number: (None);   Search Criteria: 4:07-CV-00303-RH-WCS;  Document Type: DOCKET REPORT | $ | | 2.08 |
| | | Total Expenses: | $ | 2.08 |

**GT** GreenbergTraurig

Invoice No.: 2452104
File No.  :  066168.010500
Bill Date  :  July 8, 2009

Kahala Corp.
9311 East Via de Ventura
Scottsdale, Arizona 85258

Attn: Joel R. Schweidel
      Corporate Counsel

## INVOICE

Re:  Lenora Foods

Legal Services through June 30, 2009:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 4,278.00 |

Expenses:

| | | | |
|---|---|---|---|
| Messenger/Courier Services | 30.00 | | |
| Photocopy Charges | 2.55 | | |
| Total Expenses: | | $ | 32.55 |
| **Current Invoice:** | | **$** | **4,310.55** |
| Previous Balance (see attached statement): | | $ | 1,616.67 |
| **Total Amount Due:** | | **$** | **5,927.22** |

GSM:
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.:  2452104
File No.    :  066168.010500

```
FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:
```

TO:                  CITIBANK, F.S.B.
ABA #:               266086554
INTERNATIONAL
SWIFT:               CITIUS33
CREDIT TO:           GREENBERG TRAURIG ACCOUNT
ACCOUNT #:           3200175071

PLEASE
REFERENCE:           CLIENT NAME:       **COLD STONE CREAMERY, INC.**
                     FILE NUMBER:       **066168.010500**
                     INVOICE NUMBER:    **2452104\***
                     BILLING
                     PROFESSIONAL:      **Gretchen N. Miller**

Wire fees may be assessed by your bank.
\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

GSM:
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.:  2452104
File No.    :  066168.010500

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 04/06/09 | 2379974 | 0.00 | 739.09 | 0.00 | 739.09 |
| 05/06/09 | 2404281 | 472.00 | 0.00 | 0.00 | 472.00 |
| 06/03/09 | 2425025 | 403.50 | 2.08 | 0.00 | 405.58 |
| | Totals: | $ 875.50 | $ 741.17 | $ 0.00 | $ 1,616.67 |

GSM:
Tax ID: 13-3613083

Invoice No.:   2452104                                                Page 1
Re:            Lenora Foods
Matter No.:    066168.010500

### Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/03/09 | John K. Londot | P/c eleventh circuit; review of appellate decision; p/c J. Schweidel re: same and re: state court order responses. | 1.80 | 531.00 |
| 06/04/09 | John K. Londot | Review of appellate rules re: fees, costs; review of district court pleadings re: attorneys fees; review of circuit court rules re: dismissal. | 2.80 | 826.00 |
| 06/05/09 | John K. Londot | Multi emails J. Schweidel re: appeal, tasks going forward; review of appellate deadliens re: costs/fees; p/c B. Richard, M. Ludwig re: case status. | 2.70 | 796.50 |
| 06/08/09 | John K. Londot | Revision of responses to state court orders; review of email from B. Richard, forwarding C. Rolle email; p/msg C. Young; review of C. Young status update filing. | 1.30 | 383.50 |
| 06/09/09 | John K. Londot | Revision, filing of case updates in Marion and Leon counties. | 0.70 | 206.50 |
| 06/10/09 | John K. Londot | Analysis of costs in support of bill of costs application. | 0.60 | 177.00 |
| 06/11/09 | John K. Londot | Review of materials re: post-judgment obligations; p/msgs J. Schweidel re: same. | 0.40 | 118.00 |
| 06/16/09 | John K. Londot | P/c J. Schweidel; review of notes re: post-judgment obligations. | 1.60 | 472.00 |
| 06/17/09 | Lorence J. Bielby | Attorney fee filing | 0.30 | 118.50 |
| 06/17/09 | John K. Londot | Review of billings/invoices for motion for fees. | 0.80 | 236.00 |
| 06/18/09 | John K. Londot | P/c various re: obtaining affidavit in support of fees. | 0.50 | 147.50 |
| 06/22/09 | John K. Londot | Revision of affidavit re: fees. | 0.60 | 177.00 |
| 06/23/09 | John K. Londot | | 0.30 | 88.50 |

Total Time:   14.40
Total Fees:   $ 4,278.00

Invoice No.:        2452104                                                          Page  2
Re:                 Lenora Foods
Matter No.:         066168.010500

<u>Description of Expenses Billed</u>:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/09/09 | VENDOR: Century 22 Business Inc. INVOICE#: 61209GB DATE: 6/12/2009 Messenger Service Req.'d on 06/09/09 by Abbott, Shannon from , S Abbott @ Gt-Tallahassee to Clerk Of Circuit Court, Tallahassee, Fl - File Ref. 066168.010500, | $ | 30.00 |
| 06/09/09 | Copy; 8 Page(s) by 009459 | $ | 1.20 |
| 06/09/09 | Copy; 9 Page(s) by 009459 | $ | 1.35 |
| | Total Expenses: | $ | 32.55 |

DUPLICATE COPY